```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF TEXAS
                     FORT WORTH DIVISION
```

BERKLEY REGIONAL INSURANCE CO.    §
                                  §
VS.                               §    ACTION NO. 4:23-CV-181-Y
                                  §
TEXAS INDUSTRIAL SCRAP IRON       §
& METAL CO., INC, ET AL,          §
                                  §
VS.                               §
                                  §
COLLECTIVE METAL RECYCLING,       §
ET AL.                            §

## FINAL JUDGMENT

In accordance with the recently filed stipulations and notices of dismissal and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITHOUT PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne, as agreed by the parties, by the party incurring same.

SIGNED August 24, 2023.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE